■ EMMA D. WILLIAMS, Respondent, v. VIVIAN L. WILLIAMS, Appellant. — Appeal from an order denying appellant's motion (a) to vacate an order, entered on his default, which granted respondent's motion to modify a separation judgment so as to increase alimony, or (b) to open the default and allow

him to oppose, on the merits, respondent's said motion. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.